[No. 16626-7-II.   Division Two.   November 8, 1995.]

*In the Matter of the Contempt of Attorney* DAVID C. HEMMELGARN.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02902-4, Frederick B. Hayes, J., entered October 8, 1992. *Reversed* by unpublished opinion per Wiggins, J., concurred in by Houghton, A.C.J., and Morgan, J.

[No. 13847-0-III.   Division Three.   November 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MORRIS E. ROSEBERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 5504, Ted Walter Small, Jr., J., entered February 9, 1994. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[Nos. 14250-7-III;   Division Three.   November 9, 1995.]
      14251-5-III.

*In the Matter of the Interest of* ROBIN W.

NORMAN W., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, Nos. 90-7-00047-7 and 90-7-00046-2, John E. Bridges, J., entered July 21, 1994. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 34107-3-I.   Division One.   November 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD THOMAS MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-06693-9, Carol A. Schapira, J., entered December 30, 1994. *Affirmed* by unpublished per curiam opinion.